IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01720-RPM

JEFFREY SCOTT BEEBE,

    Plaintiff,

v.

JOE ORTIZ, in his official capacity as
Executive Director of the Colorado
Department of Corrections,

    Defendant.
_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

  This civil action was filed on September 2, 2005.  The defendant filed a motion to dismiss on September 22nd, 2005, and the plaintiff filed a response on October 11, 2005.  In that response, the plaintiff cited as authority in support of his claim the opinion in *Beebe v. Heil,* 333 F.Supp2d 1011 (D.Colo. 2004).  That opinion resulted in an order denying a motion for judgment on the pleadings in that case.  The Clerk's records show that while the pleadings that were subject of the reported opinion were filed by the plaintiff, *pro se*, counsel initiating this civil action are also representing this same plaintiff in 02-cv–01993-WYD-BNB in which the Court ruled on motions for summary judgment on February 14, 2006.  It is also noted that on November 17, 2005, an order was entered denying a motion to consolidate this civil action with Civil Action 02-cv-01993-WYD-BNB.  It appearing to this Court that the question of the legality of the termination of the plaintiff from sex offender treatment program attempted to be raised

in this case belongs in Civil Action 02-cv-01993 and it is therefore

     ORDERED that this civil action is dismissed without prejudice because it is duplicative of a pending civil action.

     DATED: March 24th, 2006

                           BY THE COURT:

                           s/Richard P. Matsch

                           _____
                           Richard P. Matsch, Senior Judge